IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Burk, Lawrence J | Case Number: 08 B 17318 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 01/06/09 | Filed: 7/3/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: December 19, 2008
Confirmed: October 30, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,886.85 |  |
| Secured: |  | 1,371.34 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,325.59 |
| Trustee Fee: |  | 189.92 |
| Other Funds: |  | 0.00 |
| Totals: | 2,886.85 | 2,886.85 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,724.00 | 1,325.59 |
| 2. | NationStar Mortgage LLC | Secured | 0.00 | 0.00 |
| 3. | GMAC Auto Financing | Secured | 0.00 | 0.00 |
| 4. | American Honda Finance Corporation | Secured | 9,573.49 | 1,196.34 |
| 5. | ECast Settlement Corp | Secured | 1,432.32 | 175.00 |
| 6. | NationStar Mortgage LLC | Secured | 4,954.36 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 802.47 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 16,026.94 | 0.00 |
| 9. | Verizon Wireless Midwest | Unsecured | 263.63 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 1,258.46 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 18.42 | 0.00 |
| 12. | Wells Fargo Financial Bank | Unsecured | 3,822.83 | 0.00 |
| 13. | Wells Fargo Financial Bank | Unsecured | 3,009.86 | 0.00 |
| 14. | American General Finance | Unsecured |  | No Claim Filed |
| 15. | Capital One | Unsecured |  | No Claim Filed |
| 16. | Capital One | Unsecured |  | No Claim Filed |
| 17. | Chase Automotive Finance | Unsecured |  | No Claim Filed |
| 18. | Citibank | Unsecured |  | No Claim Filed |
| 19. | CitiFinancial | Unsecured |  | No Claim Filed |
| 20. | Chase Automotive Finance | Unsecured |  | No Claim Filed |
| 21. | Chase Bank | Unsecured |  | No Claim Filed |
| 22. | Citizens Financial Services | Unsecured |  | No Claim Filed |
| 23. | Firstar Bank-Elan Financial | Unsecured |  | No Claim Filed |
| 24. | Kay Jewelers | Unsecured |  | No Claim Filed |
| 25. | GMAC Auto Financing | Unsecured |  | No Claim Filed |
| 26. | GEMB | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Burk, Lawrence J

Printed: 01/06/09

Case Number:  08 B 17318
Judge:  Wedoff, Eugene R
Filed:  7/3/08

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | GEMB | Unsecured | | No Claim Filed |
| 28. | HSBC | Unsecured | | No Claim Filed |
| 29. | Fremont Investment & Loan | Unsecured | | No Claim Filed |
| 30. | HSBC | Unsecured | | No Claim Filed |
| 31. | Chrysler Financial Services Americas LLC | Unsecured | | No Claim Filed |
| 32. | Net Bank | Unsecured | | No Claim Filed |
| 33. | Nicor Gas | Unsecured | | No Claim Filed |
| 34. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 35. | Wells Fargo Home Mortgage | Unsecured | | No Claim Filed |
| 36. | US Bank | Unsecured | | No Claim Filed |
| 37. | US Bank | Unsecured | | No Claim Filed |
| 38. | US Bank | Unsecured | | No Claim Filed |
| 39. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 40. | Wells Fargo Home Mortgage | Unsecured | | No Claim Filed |
| 41. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 42. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 43. | Wells Fargo Home Mortgage | Unsecured | | No Claim Filed |
| 44. | US Bank | Unsecured | | No Claim Filed |
| 45. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 46. | Ultra | Unsecured | | No Claim Filed |
| 47. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| | | | $ 44,886.78 | $ 2,696.93 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 38.62 |
| 6.6% | 151.30 |
| | $ 189.92 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

